# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAVISTA, LLC, | ) |
| Plaintiff, | ) Civil Action No. |
| v. | ) |
| GS LABS, LLC, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff SAVISTA, LLC ("**Savista** or "**Plaintiff**"), by and through its undersigned attorneys, FOX ROTHSCHILD LLP, by way of its complaint against defendant GS LABS, LLC ("**GS Labs**" or "**Defendant**") hereby states as follows:

### Nature of the Action

This is an action for breach of contract against GS Labs. GS Labs owns and operates testing labs throughout the United States. Savista and GS Labs entered into a contract and related contract amendments that provided for Savista to perform billing and accounts receivable services for GS Labs. While Savista has performed its obligations pursuant to the contract, GS Labs has failed to honor its own obligations. As a result of GS Labs' breaches, Savista has incurred significant financial injuries. Savista's efforts to reach a resolution with GS Labs without resort to litigation have been unsuccessful. Thus, Savista has been forced to bring this action.

### The Parties

1. Savista is a limited liability corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 North Point Center East, Suite

600, Alpahretta, Georgia 30022. Savista is a healthcare revenue cycle services company that is registered to do business in the State of Illinois.

2. GS Labs is a limited liability corporation duly organized and existing under the laws of the State of Nebraska and maintains its principal place of business at 17650 Wright Street, Suite 5, Omaha, Nebraska 68130. Upon information and belief, GS Labs opened to perform Covid testing in October 2020. Based on its own estimates, during the Covid pandemic, GS Labs served more than 1.4 million patients across the country by providing more than 2.3 million Covid tests. GS Labs further states on its website that it created more than 5,000 jobs in more than 20 states throughout the United States. These states include, but are not limited to, Arizona, Missouri, Iowa, Illinois, Indiana, Minnesota, Massachusetts, Oregon, Utah, Washington, Colorado, Texas, Florida, Ohio, Pennsylvania, New Jersey, and Connecticut.

### Jurisdiction and Venue

3. This Court has personal jurisdiction over GS Labs as it is registered to do business in the State of Illinois and transacted business in the State of Illinois, including by, among other things, operating a physical location in the State of Illinois. Payment for services made pursuant to the relevant contract (defined below) were sent to Plaintiff in Illinois—prior to Defendant's breach of the contract through non-payment—and the performance of the other obligations related to the relevant contract were substantially connected with Illinois.

4. Venue is proper in this Court for the same reasons: GS Labs operated a physical location in this district, the services and performance of the contract on which this lawsuit is based are substantially connected to this district, and all payments made pursuant to the relevant contract (defined below) were sent to Plaintiff in Cook County, Illinois.

**Factual Background**

5. On or about November 23, 2021, GS Labs and Savista entered into a certain Master Services Agreement, as amended (the "Contract"). Savista offers services to assist customers, such as GS Labs, in improving business processes, operating margin, and cash flow. GS Labs owns Covid testing labs and entered into the Contract for Savista to perform billing and accounts receivable services outlined in detail in the Statement of Work(s) ("SOW") attached to the Contract, including billing and accounts receivable services arising from GS Labs' business activities in Illinois. At times, Savista would also negotiate directly with payors in Illinois on behalf of GS Labs.

6. On or about March 31, 2023, at GS Labs' request, Savista and GS Labs entered into the Second Amendment to the Contract that included a SOW for Accounts Receivable Workdown Services ("AR SOW"). Pursuant to the AR SOW, Savista was to work with GS Labs to perform accounts receivable services for the collection of monies due on accounts. Savista has performed all of its obligations under the Contract and AR SOW. Despite Savista performing in full, pursuant to the Contract and AR SOW, GS Labs breached by failing to compensate Savista in accordance with the express terms of the Contract and AR SOW.

7. To date, GS Labs owes Savista for the following outstanding invoices:

    a. Savista submitted Invoice 49/2023, dated May 12, 2023, to GS Labs for services rendered in April 2023. The past-due amount for this invoice (before interest) is $339,804.82 less the $93,398.23 that GS Labs remitted.

    b. Savista submitted Invoice 61/2023, dated June 15, 2023, to GS Labs for services rendered in May 2023. The past-due amount for this invoice (before interest) is $282,355.07.

      c.      Savista submitted Invoice 73/2023, dated July 10, 2023, to GS Labs for services rendered in June 2023. The past-due amount for this invoice (before interest) is $310,952.78.

      d.      Savista submitted Invoice 84/2023, dated August 2, 2023, to GS Labs for services rendered in July 2023. The past-due amount for this invoice (before interest) is $34,234.65.

8.      Accordingly, GS Labs owes Savista **$873,949.09** (before interest) for the payment of the outstanding invoices outlined above. Pursuant to clause 3.3 of the Contract, GS Labs owes Savista interest at 18%, compounded monthly, subject to any restriction under law as the maximum amount chargeable from GS Labs.

9.      On July 25, 2023, Savista sent GS Labs a letter outlining GS Labs' breaches of the Contract and AR SOW, and demanding payment within 30 days. Regardless, GS Labs has failed to pay the invoices identified above as required by the Contract and AR SOW.

## COUNT ONE
## BREACH OF CONTRACT

9.      Plaintiff hereby repeats and realleges all of the allegations set forth in the preceding paragraphs as if each such allegation was set forth herein at length.

10.      The Contract, including related amendments and SOWs, constitute binding agreements between Plaintiff and GS Labs.

11.      Pursuant to the terms of the Contract and AR SOW, GS Labs, among other things, represented and warranted that it would compensate Savista for the services Savista provided by providing payment to Savista in Illinois. Savista has complied with all its obligations pursuant to the Contract and AR SOW.

12. GS Labs breached the Contract and AR SOW, by failing to make payments to Savista in accordance with the work Savista performed pursuant to the Contract and AR SOW.

13. As a direct and proximate result of GS Labs' breach of the Contract and AR SOW, Plaintiff has suffered damages in excess of $873,949.09.

WHEREFORE, Plaintiff demands judgment in its favor and against GS Labs in an amount in excess of $873,949.09, with the precise amount to be determined at trial, together with pre- and post-judgment interest, costs, counsel fees and expenses, and such other and further relief the Court deems just and proper consistent with this prayer for relief.

Dated: August 29, 2023

Respectfully submitted,

SAVISTA, LLC

By: /s/ Gabrielle E. Winslow
One of Plaintiff's Attorneys

Martin R. Martos (#6303908)
Gabrielle E. Winslow (#6330644)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone: 312.517.9200
Facsimile: 312.517.9201
mmartos@foxrothschild.com
gwinslow@foxrothschild.com