IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SAVISTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO.: 1:23-CV-06445 |
| | ) | Honorable Sara L. Ellis |
| GS LABS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT INITIAL STATUS REPORT**

**1.** <u>Nature of the Case</u>

    **A.**    Attorneys of Record:

<u>For Savista, LLC ("Plaintiff")</u>:

Martin R. Martos (#6303908)
Gabrielle E. Winslow (#6330644)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone:   312.517.9200
Facsimile:    312.517.9201
mmartos@foxrothschild.com
gwinslow@foxrothschild.com

<u>For GS Labs, LLC ("Defendant")</u>:

Paul M. Shotkoski, #6230268
FRASER STRYKER PC LLO
500 Energy Plaza
409 So. 17th Street
Omaha, NE 68102
Telephone:   (402) 341-6000
Facsimile:    (402) 341-8290
pshotkoski@fraserstryker.com

and

Ebadullah Khan, *Pending Pro Hac Vice Admission*
City Ventures, LLC
222 S. 15th Street, Suite #1404S
Omaha, Nebraska 68102
(832) 202.6028
ekhan@city-ventures.com

B. Identify any parties that have not yet been served: none.

C. Jurisdiction in this Court is based on diversity of citizenship. Plaintiff is a limited liability corporation existing under the laws of the State of Delaware with its principal place of business in Alpharetta, Georgia. Defendant is a limited liability corporation existing under the laws of the State of Nebraska and maintains its principal place of business in Omaha, Nebraska. Plaintiff claims Defendant owes $873,949.09 for payment recovery services that Plaintiff allegedly performed for Defendant pursuant to a written contract.

Defendant disputes and denies Plaintiff's allegations and alleges that venue is not proper in this Court.

D. Plaintiff has brought a breach of contract action against Defendant for allegedly failing to pay for medical debt collection services. Defendant disputes and denies that it owes the amounts stated in Plaintiff's Complaint.

E. The primary issues in this case are: (1) whether Defendant owes the amounts allegedly due and, (2) the interpretation of the parties' agreement.

F. Plaintiff is seeking judgment in its favor against Defendant in an amount in excess of $873,949.09, plus pre- and post-judgment interest, costs, counsel fees and expenses.

2. Case Plan

A. Defendant intends to file a Motion to Transfer Venue to the District of Nebraska.

B. Defendant intends to file a Motion to Transfer Venue to the District of Nebraska.

C. Proposed Discovery Plan

i. The parties anticipate conducting written discovery, taking depositions of fact witnesses, and designating expert witnesses.

  ii. The parties anticipate producing electronically stored information (ESI), but they do not currently anticipate a dispute over preservation, scope, and production of ESI.

  iii. The parties do not currently anticipate any issues regarding claims of privilege or protection of trial preparation materials.

  iv. Rule 26(a)(1) initial disclosures shall be filed no later than **November 17, 2023.**

  v. Written discovery will be completed by **May 31, 2024**.

  vi. The parties anticipate calling expert witnesses to testify at trial. The parties propose the following timeline for the disclosure of expert witnesses and expert reports:

  Plaintiff will identify its experts and serve expert reports on or before **June 30, 2024.** Defendant will identify its experts and serve expert reports on or before **August 31, 2024**. Plaintiff will identify any rebuttal experts and serve rebuttal expert reports on or before **September 30, 2024.**

  vii. The maximum number of depositions that may be taken by either party is 10 depositions, including experts. In addition, the parties agree that a Rule 30(b)(6) deposition counts as one deposition, regardless of the number of deponents that a party or non-party designates to testify during any such Rule 30(b)(6) deposition.

  viii. Dispositive motions shall be filed on or before **October 31, 2024**.

 D. Defendant demands a trial by jury and estimates that trial will last 3 to 5 days.

3. <u>Settlement</u>

 A. The parties have discussed settlement and Defendant is open to resolving Plaintiff's claims through mediation or other forms of alternative dispute resolution.

 B. The parties believe a settlement conference may be productive at the close of fact discovery.

4. <u>Consent to Proceed Before a Magistrate Judge</u>

A. At least one party does not consent to proceed before the assigned Magistrate Judge.

DATED this 24th day of October, 2023.

| SAVISTA, LLC, | GS LABS, LLC, |
|---|---|
| Plaintiff, | Defendant, |

/s/ *Martin R. Martos*
Martin R. Martos (#6303908)
Gabrielle E. Winslow (#6330644)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone:   312.517.9200
Facsimile:   312.517.9201
mmartos@foxrothschild.com
gwinslow@foxrothschild.com

/s/ *Paul M. Shotkoski*
By: Paul M. Shotkoski, #6230268
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
(402) 341-6000 (telephone)
(402) 341-8290 (facsimile)
pshotkoski@fraserstryker.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Rule 26(f) Report was filed electronically on October 24, 2023, with the United State District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the following individuals:

Martin R. Martos (#6303908)
Gabrielle E. Winslow (#6330644)
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Telephone:   312.517.9200
Facsimile:   312.517.9201
mmartos@foxrothschild.com
gwinslow@foxrothschild.com

BY:   /s/ *Paul M. Shotkoski*