IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAVISTA, LLC, | ) CIVIL CASE NO.: 1:23-CV-06445 |
| | ) Honorable Sara L. Ellis |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **DECLARATION OF** |
| GS LABS, LLC, | ) **GREGORY WILSON** |
| | ) |
| Defendant. | ) |
| | ) |

GREGORY WILSON, states and declares as follows:

1. I am above the age of 18, am competent to testify, and have personal knowledge of all facts set forth herein.

2. As an agent for GS Labs, I took part in the negotiations which led to execution of the second amendment to the Agreement effective March 31, 2023 (the "Second Amendment").

3. During all my communications with representatives of Savista and at all relevant times, I was located in either Omaha, Nebraska, or Texas.

4. I currently reside in Corpus Christi, Texas and I intend to continue living in Texas for the foreseeable future.

5. Neither I nor anyone else from GS Labs ever traveled to or went into Illinois with regard to any interactions or communications we had with Savista, nor did I or GS Labs ever travel to or go into Illinois with respect to any matters pertaining to GS Labs' relationship with Savista.

1

6. When I signed the 2nd amendment to the Agreement, I was located in Omaha, Nebraska.

7. I declare under penalty of perjury that the foregoing is true and correct.

STATE OF TEXAS ) 
                        ) ss:
COUNTY OF NUECES )

DATED this 30th day of October, 2023.

_____
Gregory Wilson