IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SAVISTA, LLC, | ) | CIVIL CASE NO.: 1:23-CV-06445 |
| | ) | Honorable Sara L. Ellis |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **JESSICA THOMPSON** |
| GS LABS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

JESSICA THOMPSON, states and declares as follows:

1. I am above the age of 18, am competent to testify, and have personal knowledge of all facts set forth herein.

2. I have reviewed the Complaint in the above-referenced matter and am familiar with the allegations that Savista, LLC ("Savista") has asserted against GS Labs, LLC ("GS Labs").

3. I was a GS Labs employee at the time GS Labs entered into a Master Services Agreement (the "Agreement") with Savista in November 2021

4. I took part in the negotiations which led to execution of the second amendment to the Agreement effective March 31, 2023 (the "Second Amendment")..

5. During all my communications with representatives of Savista and at all relevant times, I was located in Omaha, Nebraska.

6. I currently reside in Omaha, Nebraska, and I intend to continue living in Nebraska for the foreseeable future.

1

7. GS Labs is a CLIA certified clinical laboratory that was formed in January 2020. It opened its first testing site in October 2020 and conducted COVID-19 testing for individuals at 64 locations nationwide until its last testing site was closed in September 2022.

8. GS Labs' only testing site in Illinois was located in Warrenville, Illinois, and was open for about 5 weeks—from January 5, 2021, until February 9, 2021.

9. GS Labs hired Savista to perform debt recovery services for delinquent and/or unpaid accounts.

10. For purposes of negotiating the Second Amendment, I predominately worked with the following Savista employees: Krista Pippen and Olivia Currin-Britt.

11. Krista Pippen's email signature block states that her office is located in Alpharetta, Georgia, where Savista is headquartered, and her telephone number is a number from the Louisville, Kentucky, area. It was my understanding that Ms. Pippen was located in Kentucky when I communicated with her.

12. Olivia Currin-Britt's email signature block states that her office is also located in Alpharetta, Georgia, and her telephone number is a number from the Raleigh, North Carolina, area. It is my understanding that Ms. Currin-Britt was located in North Carolina when I communicated with her.

13. The Agreement and two subsequent amendments were all signed by GS Labs employees in Omaha, Nebraska. True and correct copies of the Agreement and subsequent amendments are attached hereto as "Exhibit A."

14. After the Agreement was signed, I had contact with several other Savista operational employees who, to my knowledge, were located in India at the time of our communications.

15. Out of GS Labs' over 2,000,000 COVID-19 testing accounts, Savista performed collection services on approximately 674,000 accounts. Of this amount, 418 of the accounts arose out of patients tested at GS Labs' testing site in Warrensville, Illinois. Savista recovered additional payment for 82 out of the 418 Illinois accounts.

16. To recover the Illinois accounts (and all accounts it collected on for that matter), Savista would not have had any contact with the patient directly. Payments were being made by the patients' health insurers, so Savista would have had no reason to contact Illinois residents directly to recover payments pursuant to the Agreement and its subsequent amendments.

17. When Savista recovered payment on behalf of GS Labs, the recovered payment would be paid directly to GS Labs from the patients' health insurer into a bank account in Omaha, Nebraska or through check directly sent to GS Labs physical address.

18. When GS Labs made payments to Savista pursuant to the Agreement, the payments were sent to a bank account with a California address.

19. Neither I nor anyone else from GS Labs ever traveled to or went into Illinois with regard to any interactions or communications we had with Savista, nor did I or GS Labs ever travel to or go into Illinois with respect to any matters pertaining to GS Labs' relationship with Savista.

20. All past and present GS Labs employees with knowledge relevant to Savista's allegations against GS Labs are currently located in either Omaha, Nebraska, or Texas.

21. Throughout our relationship with Savista, GS Labs did not have any operations or other business activities in Illinois and was not soliciting business in Illinois.

22. GS Labs is a Nebraska limited liability company with its principal place of business in Omaha, Nebraska.

23. I declare under penalty of perjury that the foregoing is true and correct.

STATE OF NEBRASKA )
         ) ss:
COUNTY OF DOUGLAS )

DATED this  30th  day of  October , 2023.

*Jessica Thompson*
Jessica Thompson

4